# EXHIBIT C




## Murder alleged for R.I. school bus driver in '90 slaying of former lover

By Lynn Arditi
Journal staff writer

PROVIDENCE, R.I. — A Rhode Island school bus driver has been arrested for an unsolved murder in New York City.

Zunilda Rosario, 48, of Providence, was arrested Thursday after she landed at JFK International Airport on a return flight from the Dominican Republic.