

Gregory W. Herbert, Esq.
Tel 407.418.2431
HERBERTG@gtlaw.com

April 3, 2017

**VIA ECF**

The Honorable Joseph F. Bianco
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:   *Byron Smith v. Gatehouse Media, LLC (E.D.N.Y.)*
            Case No. 2:17-cv-01327-JFB-AYS
            <u>Letter Motion for Agreed On Extension to Respond to Complaint</u>

Dear Judge Bianco:

    We represent Defendant Gatehouse Media, LLC ("Gatehouse") in connection with the above-referenced action. Pursuant to Section I.(D) of Your Honor's Individual Practices, we write to request an extension to file a response to Plaintiff, Byron Smith's Complaint [D.E. 1] until April 26, 2017. Defendant's response is currently due April 5, 2017, and this is the first request for extension. I have conferred with counsel for Plaintiff regarding this extension and Plaintiff's counsel contents to this extension.

                                      Respectfully submitted,
                                      GREENBERG TRAURIG, P.A.

                                      <u>***s/Gregory W. Herbert***</u>
                                      Gregory W. Herbert
                                      (New York Bar Reg. No. 2502755)
                                      450 South Orange Avenue, Suite 650
                                      Orlando, FL 32801
                                      Telephone: (407) 420-1000
                                      Facsimile: (407) 841-1295
                                      herbertg@gtlaw.com

cc:    Client *(via e-mail)*
        Richard Liebowitz, Esq. *(via ecf)*

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
   GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
   GREENBERG TRAURIG, S.C.
∞ STRATEGIC ALLIANCE
** OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA USA
¤ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.