Case 2:17-cv-01327-JFB-AYS   Document 7   Filed 04/25/17   Page 1 of 1 PageID #: 38



Gregory W. Herbert, Esq.
Tel 407.418.2431
HERBERTG@gtlaw.com

April 25, 2017

**VIA ECF**

The Honorable Joseph F. Bianco
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:   *Byron Smith v. Gatehouse Media, LLC (E.D.N.Y.)*
            Case No. 2:17-cv-01327-JFB-AYS
            <u>Letter Motion for Agreed On Extension to Respond to Complaint</u>

Dear Judge Bianco:

      We represent Defendant GateHouse Media, LLC ("GateHouse") in connection with the above-referenced action.[1] Pursuant to Section I.(D) of Your Honor's Individual Practices, we write to request a two-week extension to file a response to Plaintiff, Byron Smith's Complaint [D.E. 1] until on or before May 10, 2017. This is Defendant's Second request. The first request was granted on April 4, 2017, which extended the due date until April 26, 2017. We have conferred with counsel for Plaintiff regarding this extension and Plaintiff's counsel contents to this extension.

                                     Respectfully submitted,
                                       GREENBERG TRAURIG, P.A.

                                     ***s/Gregory W. Herbert***
                                     Gregory W. Herbert
                                     (New York Bar Reg. No. 2502755)
                                     450 South Orange Avenue, Suite 650
                                     Orlando, FL 32801
                                     Telephone: (407) 420-1000
                                     Facsimile: (407) 841-1295
                                     herbertg@gtlaw.com

cc:    Client *(via e-mail)*
        Richard Liebowitz, Esq. *(via ecf)*

---

[1] This request is made without prejudice to any rights or remedies available to GateHouse, which hereby reserves all objections available under law including without limitation to venue and jurisdiction.

GREENBERG TRAURIG, P.A. ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
450 South Orange Avenue, Suite 650 ■ Orlando, Florida 32801 ■ Tel 407.420.1000 ■ Fax 407.420.5909
ALB 2016695v2

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
  GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
~ STRATEGIC ALLIANCE
∞ OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
** OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K.