

Gregory W. Herbert
HERBERTG@gtlaw.com

June 9, 2017

**VIA ECF**

The Honorable Joseph F. Bianco
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:  *Smith v. Gatehouse Media, LLC (E.D.N.Y.)* Case 2:17-cv-01327-JFB-AYS
> Letter Motion for Agreed On Extension to Respond to Complaint

Dear Judge Bianco:

We represent Defendant GateHouse Media, LLC ("GateHouse") in connection with the above action.[1] Pursuant to Section I.(D) of Your Honor's Individual Practices, we write to request an additional extension to file a response to Plaintiff's Complaint [D.E. 1] until on or before July 5, 2017.  This is Defendant's fifth request. The first request was granted on April 4, 2017, which extended the due date until April 26, 2017. The second request was granted on April 26, 2017, which extended the due date until May 10, 2017. The third request was granted on May 10, 2017, which extended the due date until May 24, 2017. The fourth request was granted on May 25, 2017, which extended the due date until June 12, 2017.  Counsel for the parties have reached an agreement to resolve this matter, however difficulties regarding execution of the agreement have arisen because Plaintiff is currently outside the U.S. The parties need an extension to finalize the execution of the agreement and notify the Court once the matter has settled.  We have conferred with counsel for Plaintiff regarding this extension and Plaintiff's counsel consents to this extension.

Respectfully submitted,
GREENBERG TRAURIG, P.A.
***s/Gregory W. Herbert***
Gregory W. Herbert
(New York Bar Reg. No. 2502755)
450 South Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295
herbertg@gtlaw.com

cc:    Richard Liebowitz, Esq. *(via ecf)*

---

[1]This request is made without prejudice to any rights or remedies available to GateHouse, which hereby reserves all objections available under law including without limitation to venue and jurisdiction.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY⁺
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
   GREENBERG TRAURIG MAHER LLP
⁺ OPERATES AS
   GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA, USA
¤ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, P.A. ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
450 South Orange Avenue, Suite 650 ■ Orlando, Florida 32801 ■ Tel 407.420.1000 ■ Fax 407.420.5909