

Gregory W. Herbert
HERBERTG@gtlaw.com

July 5, 2017

**VIA ECF**
The Honorable Joseph F. Bianco
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: *Smith v. Gatehouse Media, LLC (E.D.N.Y.)* Case 2:17-cv-01327-JFB-AYS
     <u>Letter Motion for Agreed On Extension to Respond to Complaint</u>

Dear Judge Bianco:

  We represent Defendant GateHouse Media, LLC ("GateHouse").[1] Pursuant to Section I.(D) of the Court's Individual Practices, we write to request an additional extension to respond to Plaintiff's Complaint [D.E. 1] until on or before July 19, 2017. This is Defendant's sixth request. The first request was granted on April 4, 2017, extending the date until April 26, 2017. The second request was granted on April 26, 2017, extending the date until May 10, 2017. The third request was granted on May 10, 2017, extending the date until May 24, 2017. The fourth request was granted on May 25, 2017, extending the date until June 12, 2017. The fifth request was granted on June 11, 2017, extending the date until July 5, 2017. Counsel for the parties have reached an agreement to resolve this matter, however difficulties regarding execution of the agreement have arisen because Plaintiff was traveling outside the U.S. and due to the holiday weekend. The parties need an extension to finalize the execution of the agreement and notify the Court once the matter has settled. We have conferred with counsel for Plaintiff regarding this extension and Plaintiff's counsel consents to this extension.

              Respectfully submitted,
              GREENBERG TRAURIG, P.A.
              ***s/Gregory W. Herbert***
              Gregory W. Herbert
              (New York Bar Reg. No. 2502755)
              450 South Orange Avenue, Suite 650
              Orlando, FL 32801
              Telephone: (407) 420-1000
              Facsimile: (407) 841-1295
              herbertg@gtlaw.com

cc: Richard Liebowitz, Esq. *(via ecf)*

---

[1] This request is made without prejudice to any rights or remedies available to GateHouse, which hereby reserves all objections available under law including without limitation to venue and jurisdiction.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬OPERATES AS
 GREENBERG TRAURIG GERMANY, LLP
*OPERATES AS
 GREENBERG TRAURIG MAHER LLP
+OPERATES AS
 GREENBERG TRAURIG, S.C.
**STRATEGIC ALLIANCE
∞OPERATES AS
 GREENBERG TRAURIG LLP
 FOREIGN LEGAL CONSULTANT OFFICE
^A BRANCH OF
 GREENBERG TRAURIG, P.A.,
 FLORIDA USA
¤OPERATES AS
 GT TOKYO HORITSU JIMUSHO
~OPERATES AS
 GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, P.A. ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
450 South Orange Avenue, Suite 650 ■ Orlando, Florida 32801 ■ Tel 407.420.1000 ■ Fax 407.420.5909