

Gregory W. Herbert
HERBERTG@gtlaw.com

July 19, 2017

**VIA ECF**
The Honorable Joseph F. Bianco
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Smith v. Gatehouse Media, LLC (E.D.N.Y.)* Case 2:17-cv-01327-JFB-AYS
             Letter Motion for Agreed On Extension to Respond to Complaint

Dear Judge Bianco:

      We represent Defendant GateHouse Media, LLC ("GateHouse").[1] Pursuant to Section I.(D) of the Court's Individual Practices, we request an additional extension to respond to Plaintiff's Complaint [D.E. 1] until on or before August 4, 2017. The parties have reached a tentative agreement to settle this matter. Plaintiff's counsel advises Plaintiff has executed the settlement agreement and Defendant should receive the executed agreement later this week. The parties need an extension to finalize mutual execution of the agreement and notify the Court accordingly. This is Defendant's sixth request. The first request was granted on April 4, 2017, extending the date until April 26, 2017. The second request was granted on April 26, 2017, extending the date until May 10, 2017. The third request was granted on May 10, 2017, extending the date until May 24, 2017. The fourth request was granted on May 25, 2017, extending the date until June 12, 2017.  The fifth request was granted on June 11, 2017, extending the date until July 5, 2017. The sixth request was granted on July 5, 2017, extending the date until July 19, 2017. We have conferred with counsel for Plaintiff and Plaintiff's counsel consents to this extension.

                                          Respectfully submitted,
                                          GREENBERG TRAURIG, P.A.
                                          ***s/Gregory W. Herbert***
                                          Gregory W. Herbert
                                          (New York Bar Reg. No. 2502755)
                                          450 South Orange Avenue, Suite 650
                                          Orlando, FL 32801
                                          Telephone: (407) 420-1000
                                          Facsimile: (407) 841-1295
                                          herbertg@gtlaw.com

cc:      Richard Liebowitz, Esq. *(via ecf)*

---

[1] This request is made without prejudice to any rights or remedies available to GateHouse, which hereby reserves all objections available under law including without limitation to venue and jurisdiction.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
   GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
   GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA USA
¤ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.