```
                                                            F I L E D
                                                         IN CLERK'S OFFICE
                                                     U.S. DISTRICT COURT E.D.N.Y.

                                                        ★  AUG 17 2017  ★
```

UNITED STATES DISTRICT COURT  LONG ISLAND OFFICE
EASTERN DISTRICT OF NEW YORK

Byron Smith, Inc.,

       Plaintiff,

v.  CIVIL ACTION NO.
    2:17-cv-01327-JFB-AYS

GateHouse Media, LLC, LLC

       Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate and agree that all claims asserted herein are hereby dismissed with prejudice, with no rights to appeal and with each party bearing its own costs and fees.

Respectfully submitted,

Counsel for Plaintiff,  Counsel for Defendant,

/s/ *Richard Liebowitz*  /s/ *Gregory Herbert*

Richard Liebowitz, Esq.  Gregory W. Herbert, Esq.
Liebowitz Law Firm, PLLC  GREENBERG TRAURIG, LLP
11 Sunrise Plaza, Suite 305  450 S. Orange Avenue, Suite 650
Valley Stream, NY 11580  Orlando, Florida 32801

*The Clerk of the Court shall close this case.*

**SO ORDERED**

/s/ Joseph F. Bianco
USDJ
Date: August 17, 2017
Central Islip, N.Y.

Exhibit "B"