FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 17 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Byron Smith, Inc.,

      Plaintiff,

v.

GateHouse Media, LLC, LLC

      Defendant.

CIVIL ACTION NO.
2:17-cv-01327-JFB-AYS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate and agree that all claims asserted herein are hereby dismissed with prejudice, with no rights to appeal and with each party bearing its own costs and fees.

Respectfully submitted,

Counsel for Plaintiff,

/s/ Richard Liebowitz
Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580

Counsel for Defendant,

/s/ Gregory Herbert
Gregory W. Herbert, Esq.
GREENBERG TRAURIG, LLP
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801

*The Clerk of the Court shall close this case.*

**SO ORDERED**

_____
Joseph F. Bianco
USDJ
Date: August 17, 2017
Central Islip, N.Y.

Exhibit "B"